# GOTTLIEB & ASSOCIATES PLLC
## ATTORNEYS

150 E. 18 St., Suite PHR, New York, NY 10003
212 228-9795     www.gottlieblaw.net

February 19, 2025

**VIA ECF**

The Honorable Arun Subramanian
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *Thorne v. Avedis Zildjian Co.,*
             Case No.: 1:24-cv-9032

Dear Judge Subramanian,

    The undersigned represents Braulio Thorne, on behalf of himself and all other persons similarly situated ("Plaintiff") in the above referenced matter against Defendant, Avedis Zildjian Co., ("Defendant"). The undersigned respectfully requests that the Initial Conference scheduled for February 25, 2025, at 2:30 PM (Dkt. 5) be adjourned for 30 days because Counsel for Defendant was just recently retained and needs time to review this matter thoroughly and consult with their Client.

                                                                           Respectfully submitted,

As a courtesy, the conference is adjourned to **March 11, 2025 at 2:30 PM**. The parties are reminded that the required pre-conference submissions, outlined at Dkt. 6, are due the Wednesday before the conference. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 8.

GOTTLIEB & ASSOCIATES PLLC

*/s/Michael A. LaBollita, Esq.*
Michael A. LaBollita, Esq.

SO ORDERED.

*[signature]*

Arun Subramanian, U.S.D.J.
Date: February 20, 2025